**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Crist A. BIGLER, Defendant–
Appellant.**

**No. 05–35474.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 28, 2007.

Stephen Cooper, Esq., Office of the U.S. Attorney, Federal Bldg. & U.S. Courthouse, Fairbanks, AK, for Plaintiff–Appellee.

Crist A. Bigler, Terminal Island, CA, pro se.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Federal prisoner Crist A. Bigler appeals *pro se* from the district court's judgment denying his motion under 28 U.S.C. § 2255. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. We review *de novo, United States v. Rodrigues,* 347 F.3d 818, 823 (9th Cir.2003), and we affirm.

Bigler contends that the district court sentenced him on the basis of a greater quantity of drugs than that mentioned in the indictment, in violation of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Bigler's conviction became final on direct review in 2001, and this court has held that *Booker* does not apply retroactively to such cases. *See United States v. Cruz,* 423 F.3d 1119, 1121 (9th Cir.2005) (per curiam). The district court thus correctly determined that *Booker* affords Bigler no relief.

We deny Bigler's motion to broaden the certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam). We construe Bigler's briefing of issues not certified for appeal as a motion to broaden the certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala,* 195 F.3d at 1104–05.

Finally, we deny Bigler's request for appointment of counsel as moot.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.